1  Ryan Lee (SBN: 024846)
   Krohn & Moss, Ltd.
2  10474 Santa Monica Blvd., Suite 401
   Los Angeles, CA 90025
3  Tel: 323-988-2400 x241
   Fax: 866-583-3695
4  rlee@consumerlawcenter.com
   Attorneys for Plaintiff,
5  VICKEY GRAY

6              UNITED STATES DISTRICT COURT
                    DISTRICT OF ARIZONA
7

8  VICKEY GRAY,                    )  Case No.: 2:10-CV-00027-MEA
                                   )
9        Plaintiff,                )
                                   )
10       v.                        )  **PLAINTIFF'S ACCEPTANCE OF**
                                   )  **DEFENDANT'S OFFER OF JUDGMENT**
11 PROGRESSIVE FINANCIAL SERVICES, )
   INC.,                           )
12                                 )
         Defendant.                )
13 _____)

14       Pursuant to Federal Rule of Civil Procedure 68, Plaintiff, Vickey Gray (Plaintiff),

15 accepts Defendant's, Progressive Financial Services, Inc.'s, (Defendant), Offer Of Judgment to

16 be entered in the amount of $1,001.00, plus Plaintiff's attorney's fees and costs as agreed to by

17 the parties, or if they are unable to agree, as determined by this Court (Defendant's Offer of

18 Judgment attached as Exhibit A).

19                          RESPECTFULLY SUBMITTED,
20

21
   Dated: May 3, 2010         By:/s/:  Ryan Lee
22                                     Ryan Lee
                                       Attorney for Plaintiff
23

24

25

                                        - 1 -

           **PLAINTIFF'S ACCEPTANCE OF DEFENDANT'S OFFER OF JUDGMENT**

# EXHIBIT A

Pat Esquivel AZ State Bar 015048
1  JEROLD KAPLAN LAW OFFICE, P.C.
   2738 E Washington Street
2  Phoenix, AZ 85034
   TEL (602) 258-8433
3  FAX (602) 258-4302
   Email: pesquivel@kdelaw.com
4  Attorneys for Defendant Progressive Financial Services, Inc.

5                    UNITED STATES DISTRICT COURT

6                         DISTRICT OF ARIZONA

7  VICKEY GRAY                      )   Case No.: 2:10-cv-00027-MEA
                                    )
8      Plaintiff,                   )
                                    )   DEFENDANT'S OFFER OF
9      v.                           )   JUDGMENT PURSUANT TO
                                    )   FED.R.CIV.P. 68
10                                  )
   PROGRESSIVE FINANCIAL SERVICES,  )
11 INC.,                            )
                                    )
12     Defendant                    )

13

14         Pursuant to Rule 68 of the Federal Rules of Civil Procedure, Progressive Financial
15
   Services, Inc., (the "Defendant" or "Progressive") by and through its counsel, hereby offers to
16
   allow judgment to be taken against it in favor of Plaintiff Vickey Gray, (the "Plaintiff") as
17
18 follows:

19      1)    Judgment shall be entered in the total amount of One Thousand One Dollars
20
   ($1,001.00), as against Progressive;
21
22      2)    In addition, Plaintiff's costs and reasonable attorneys' fees now accrued are to be

23 added to the judgment as against Progressive; said fees and costs shall be as are agreed to

24 between counsel for the parties, or if they are unable to agree, as determined by the Court upon

25 motion;

26      3)    The judgment entered in accordance with this Offer of Judgment is to be in total

27 settlement of any and all claims by Plaintiff Vickey Gray against Progressive and said judgment

28                                         1

shall have no effect whatsoever except in settlement of those claims; and,

4) This Offer of Judgment is made solely for the purposes specified in Rule 68 of the Federal Rules of Civil Procedure, and is not to be construed either as an admission that Progressive is liable in this action, or that Plaintiff Vickey Gray has suffered any damage. All liability is denied.

In accordance with Rule 68 of the Federal Rules of Civil Procedure, if this Offer of Judgment is not accepted by Plaintiff Vickey Gray within fourteen (14) days after service of this Offer of Judgment, this Offer of Judgment shall be deemed withdrawn and any evidence of this Offer of Judgment will be inadmissible except in any proceeding to recover costs.

In accordance with Rule 68 of the Federal Rules of Civil Procedure, if this Offer of Judgment is not accepted by Plaintiff Vickey Gray and any judgment finally obtained by Plaintiff Vickey Gray is not more favorable than this Offer of Judgment, Plaintiff Vickey Gray must pay all costs incurred by Progressive after the making of this Offer of Judgment.

DATED this 19th day of April, 2010.

Respectfully submitted,

JEROLD KAPLAN LAW OFFICE, P.C.

By: s/ Pat Esquivel
Pat Esquivel, No. 015048
2738 E Washington Street
Phoenix, AZ 85034
Telephone: (602) 258-8433
FAX: (602) 258-4302
E-mail: pesquivel@kdelaw.com
Attorney for Defendant

2

# PROOF OF SERVICE

I, Paulina Amerberg, state the following:

I am employed in Los Angeles, California; I am over the age of 18 and am not a party to this action; my business address is 10635 Santa Monica Blvd., Suite 170, Los Angeles, CA 90025. On May 3, 2010, I served the following documents:

**NOTICE OF ACCEPTANCE OF RULE 68 OFFER OF JUDGMENT**

On the parties listed below:

Pat Esquivel
Jerold Kaplan Law Office
2738 E. Washington Street
Phoenix, AZ 85034
e-mail: pesquivel@kdelaw.com

By the following means of service:

[X] **BY ELECTRONIC SERVICE:** the documents above were delivered electronically through the Court's ECF/PACER electronic filing system, as stipulated by all parties to constitute personal service.

[X] **BY ELECTRONIC MAIL:** I transmitted the document(s) listed above electronically to the e-mail addresses listed above. I am readily familiar with the firm's Microsoft Outlook e-mail system, and the transmission was reported as complete, without error.

[X] **BY MAIL:** I deposited such envelope in the mail at Los Angeles, California. The envelope was mailed with postage thereon fully prepaid. I am readily familiar with the firm's practice for collection and processing correspondence for mailing. Under that practice, this document will be deposited with the U.S. Postal Service on this date with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[X] **FEDERAL:** I declare under penalty of perjury under the laws of California that the above is true and correct.

Executed on May 3, 2010, at Los Angeles, California.

By: _____
Paulina Amerberg

- 3 -

PLAINTIFF'S ACCEPTANCE OF DEFENDANT'S OFFER OF JUDGMENT