IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Vickey Gray,<br><br>        Plaintiff,<br><br>vs.<br><br>Progressive Financial Services, Inc.,<br><br>        Defendant. | No. CV10-27-PHX-NVW<br><br>**ORDER** |

Plaintiff having accepted Defendant's Offer of Judgment (doc. # 15),

IT IS ORDERED vacating the Scheduling Conference set June 4, 2010.

IT IS FURTHER ORDERED that the Clerk enter judgment in favor of Plaintiff Vickey Gray against Defendant Progressive Financial Services, Inc., in the amount of $1,001.00, plus interest at the federal judgment rate until paid, plus attorney's fees and costs as claimed and determined by the Court pursuant to the Federal Rules of Civil Procedure and the Local Rules.  The Clerk shall terminate this action.

DATED this 3rd day of May, 2010.

_____
Neil V. Wake
United States District Judge