1  Ryan Lee (SBN: 024846)
   Krohn & Moss, Ltd.
2  10474 Santa Monica Blvd., Suite 401
   Los Angeles, CA 90025
3  Tel: 323-988-2400 x241
   Fax: 866-583-3695
4  rlee@consumerlawcenter.com
   Attorneys for Plaintiff,
5  VICKEY GRAY

**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

| | | |
|---|---|---|
| VICKEY GRAY, | ) | **Case No.: 10-cv-00027-MEA** |
| | ) | |
| Plaintiff, | ) | **NOTICE OF SETTLEMENT** |
| | ) | |
| vs. | ) | |
| | ) | |
| PROGRESSIVE FINANCIAL SERVICES, INC., | ) | |
| | ) | |
| Defendant. | ) | |

NOW COMES the Plaintiff, VICKEY GRAY, by and through the undersigned counsel and hereby informs the court that a settlement of the present matter has been reached and is in the process of finalizing settlement, which Plaintiff anticipates will be finalized within the next 40 days.

Plaintiff therefore requests that this honorable court vacate all dates currently set on calendar for the present matter.

                                Respectfully Submitted,

DATED: May 10, 2010             KROHN & MOSS, LTD.

                                By: /s/ Ryan Lee                    _

                                    Ryan Lee
                                    Attorney for Plaintiff,
                                    VICKEY GRAY

- 1 -

Notice of Settlement